IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 17-po-0008-GPG              Court Deputy: A. Barnes

Date:    November 12, 2021                    Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

William Russel Ramsey, Jr.
Defendant.

---

## ORDER

---

It appears to the Court that all of Defendant's terms of Judgment have been satisfied; therefore the Court directs the Clerk of the Court to close this case.

BY THE COURT:

November 12, 2021.

_____
US Magistrate Judge, Gordon P. Gallagher